AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*          DISTRICT OF    NEVADA

TREVOR GREYDON CLARK,

      Petitioner,         JUDGMENT IN A CIVIL CASE
V.

      CASE NUMBER: **3:06-cv-00524-ECR-RAM**

STATE OF NEVADA, et al.,

      Respondents.

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that, on account of Petitioner's failure to comply with the #7 Order of the Court entered on September 19, 2007, this action is DISMISSED WITHOUT PREJUDICE.


  March 6, 2008                                                    **LANCE S. WILSON**
                                                                          Clerk


                                                                /s/ Kalani Lizares
                                                                  Deputy Clerk